UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
MANUEL CARDENAS,

                              Plaintiff,

            -against-

KAT REALTY GROUP, LTD. and ATHANASIOS SIDERIS,

                            Defendants.
-------------------------------------------------------------------------------X

Civil Action No.
1:20-cv-02708-KAM-PK

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on June 18, 2020, Plaintiff filed a Complaint which asserts claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); and the New York Labor Law ("NYLL");

**WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through arms' length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA; the NYLL; and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be and hereby is dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an

So Ordered: Kiyo A. Matsumoto, USDJ
April 2, 2021

original signature.

Dated: New York, New York

Dated: 04/02/2021

*[signature]*

Katherine Morales, Esq.
Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016
T: 212.460.0047
kymorales@katzmelinger.com
*Attorneys for Plaintiff*

Dated: 4/2/21

*[signature]*

Peter G. Goodman, Esq.
Law Office of Peter G. Goodman, PLLC
30 Broad Street, 37th Floor
New York, NY 10004
T: 212-386-7619
peter@goodmanpllc.com
*Attorneys for Defendants*

So Ordered:

_____